IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 08-00053-TUC-FRZ (BPV) |
| Plaintiff(s), ) | ORDER |
| vs. ) | |
| MANUEL LOPEZ-IBARRA, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress [8].

On April 29, 2008, Magistrate Judge Bernardo P. Velasco conducted a hearing and on May 1, 2008 issued his Report and Recommendation. A copy was sent to all parties. On May 12, 2008, the Defendant filed his Objection to Report and Recommendation [22] and on June 11, 2008, the Government filed their Response to Objections.[25]

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress is DENIED.

DATED this 23rd day of June, 2008.

FRANK R. ZAPATA
United States District Judge